# EXHIBIT A

## Houck, Cara M (CHI - X65806)

| | |
|---|---|
| **From:** | Houck, Cara M (CHI - X65806) |
| **Sent:** | Thursday, February 15, 2024 4:50 PM |
| **To:** | Abhinav Chaudhury |
| **Subject:** | FW: Items needed ASAP for Troy Mich Technology |
| **Attachments:** | Friedman_ML_Proposal_Troy_Technology_Park.pdf |

See below. I have a few follow up questions for this Receiver as I am sure you may as well. Let's discuss at your convenience.

**Cara Houck** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5806 | Mobile 630.202.1249
cara.houck@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Kevin English <kenglish@larkadvisorsllc.com>
**Sent:** Thursday, February 15, 2024 4:44 PM
**To:** Hamilton, Chris E (DAL - X61343) <Christopher.Hamilton@hklaw.com>; Houck, Cara M (CHI - X65806) <Cara.Houck@hklaw.com>
**Cc:** Michael Latiff <mlatiff@mcdonaldhopkins.com>
**Subject:** Fwd: Items needed ASAP for Troy Mich Technology

*[External email]*
Cara -
  Thanks for your email.  I can assure you we are working as fast as we can to follow the Judge's Order and will involve your client along the way - sending multiple emails won't make things go faster.  On behalf of your client, you requested a Receiver and had a Management Company already lined up.   Unfortunately, I have to seek competitive bids and that takes longer than a few days.  Given that I have retained Counsel, chosen a Leasing Agent, a Property Management Company, a welcome package for the tenants and had my legal team begin to highly prioritize an expiring lease (working with LG's Legal Counsel as well) in under 9 business days - I would hope the Court would look favorably on that timetable.

  I have answered your questions in red below.  I am happy to set up a call with you and Mike Latiff tomorrow to discuss further.

_____
**Kevin R English**
Lark Advisors LLC
Managing Partner
kenglish@larkadvisorsllc.com
(313) 570-7934

---------- Forwarded message ---------
From: **Houck, Cara M (CHI - X65806)** <Cara.Houck@hklaw.com>
Date: Wed, Feb 14, 2024 at 3:51 PM
Subject: Items needed ASAP for Troy Mich Technology
To: Kevin English <kenglish@larkadvisorsllc.com>
Cc: Hamilton, Chris E (DAL - X61343) <Christopher.Hamilton@hklaw.com>, Michael Latiff <mlatiff@mcdonaldhopkins.com>


Kevin, as we discussed, my client has strict reporting requirements regarding the loan that secures the commercial real estate at issue.  Can you please provide the following information ASAP? If you prefer that we attempt to track it down another way, let me know. Either way, time is of the essence. Please send me the following:


- Receiver's proposed fee structure I have attached Friedman's Proposal.  Their Fee Structure is on page 26.  I am $600/hr and Counsel at McDonald Hopkins is $650.00/hr.
- Who will be the PM and leasing team? What expertise do they have, when do they start and what's the fee structure?  Friedman Real Estate.  They are the most familiar with the property as they owned it before the Defendant and I have had several successful engagements with them in the past. (in this Court as well)
- Has a bank account been opened and has the rent been delivered? I have setup a Receivership Bank Account.  No rents have yet been collected. Please inform your client to transfer the rents collected and held to the account listed below:
    - Huntington National Bank
    - Acct# 01360291011
    - Routing # 072403473
- Is it safe to assume the tenants have received rent direction notices? Yes - a welcome package has gone out and the office building will be blanketed as well.
- Many of tenants aren't paying rent – have you reached out to them to put something in place? No - not yet.  We will need copies of all of their leases, renewals and addendums to understand what amounts they aren't paying.
- We must be kept informed as to the LG Chem lease status. This is a lease that **needs lender approval** due the size of the space occupied by the tenant.  We will involve you along the way.  Preliminary drafts have LG asking for only a 3 year renewal, less rent per month, and a large TI amounts along with other requests that we will need to negotiate.
- Has the accounts payable ledger been reviewed and, if so, have you determined which vendors you plan on keeping?  Partially.  First and foremost, we will need to settle with the prior Management Company at some amount.  They can and will hold us hostage on vendors, Leases, etc…  They can make the transition easier
- Have you put together a 90-day budget to get through the initial phase and what is the ETA on sending in a funding request? We need to add the mechanism in the receivership order to transfer funds.  The Order addresses past rents collected by Argentic, it specifically says any rents collected at the entry of the Order should be turned over to the Receiver.  I will collect the future rents to the bank account listed above
- All Monthly reporting requirements should include the following:

    - Balance Sheet
    - General Ledger
    - Aging Accounts Receivables
    - Rent Roll
    - Check Register
    - Bank Statements

- Bank Reconciliations
- Capital Report Expenditures
- As part of the monthly reports provided by Friedman's Services most of your list above should be included. We will comply with the Order as it is written

 As you know, the Motion we filed was on an emergency basis and typically the Court's Order provides deadlines for the Receiver which are typically within fourteen days. I apologize for the push, but we must do our reporting. Thank you.

**Cara Houck** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5806 | Mobile 630.202.1249
cara.houck@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.