# EXHIBIT D

## Houck, Cara M (CHI - X65806)

| | |
|---|---|
| **From:** | Houck, Cara M (CHI - X65806) |
| **Sent:** | Monday, March 18, 2024 5:35 PM |
| **To:** | Latiff, Michael |
| **Cc:** | Kevin English |
| **Subject:** | RE: Invoices for services - Wells Fargo v Troy Tech |

Gentlemen, I cannot approve either of your invoices because I do not have an Order allowing for the Receiver to employ counsel. Nor do I have the Fee Budget referenced below that was supposed to have been approved by the Court "within ten business days of this Order being effective." Please consider this a written objection pursuant to Court Order as detailed below:

If a written objection is received, the Receiver may pay the undisputed portion of such statement and will pay the disputed portion only upon entry of an Order of the Court allowing such disputed fees and expenses. Notwithstanding periodic payment of fees and expenses, all fees and expenses shall be subject to the Fee Budget and shall be submitted to the Court for its approval and confirmation, in the form of either a properly noticed interim request for fees, a stipulation of all parties, or in the Receiver's Final Account and Report.

All fees and expenses of the Receiver and his Professionals (as defined below) (the "Administrative Expenses") shall be accounted for in the Monthly Financial Report (as defined below). Unless approved by a subsequent order of the Court, the Receiver shall file with the Court a budget setting forth the proposed Administrative Fees (the "Fee Budget") to be incurred by the Receivership Estate within 10 business days of this Order being effective, and the Receiver shall update the Fee Budget within 5 business days following the Receiver's engagement of any Professional (defined below). The Fee Budget shall be subject to Court approval.


-----Original Message-----
From: Latiff, Michael <mlatiff@mcdonaldhopkins.com>
Sent: Thursday, March 14, 2024 3:29 PM
To: Houck, Cara M (CHI - X65806) <Cara.Houck@hklaw.com>
Cc: Kevin English <kenglish@larkadvisorsllc.com>
Subject: Re: Invoices for services - Wells Fargo v Troy Tech

[External email]

Thanks Cara- the language allowing counsel is contained directly in the Order Appointing Receiver.

Thank you.,
Mike

Sent from my iPhone

On Mar 14, 2024, at 4:07 PM, Cara.Houck@hklaw.com wrote:


I promise to get you my comments today or tomorrow, latest. Can you provide me with a copy of the Court's Order allowing the Receiver to employ counsel? The only Order I have is the first one appointing a Receiver. Thank you.

1

Cara Houck | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606 Phone 312.715.5806 | Mobile 630.202.1249
cara.houck@hklaw.com<mailto:cara.houck@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>
_____
Add to address book<https://www.hklaw.com/Cara-Houck?format=vcard> | View professional biography<https://www.hklaw.com/Cara-Houck>


From: Latiff, Michael <mlatiff@mcdonaldhopkins.com>
Sent: Tuesday, March 12, 2024 2:53 Pi
To: Houck, Cara M (CHI - X65806) <Cara.Houck@hklaw.com>
Cc: 'Kevin English' <kenglish@larkadvisorsllc.com>
Subject: Invoices for services - Wells Fargo v Troy Tech

[External email]
Good afternoon Cara- attached are invoices for Kevin English and McDonald Hopkins that are submitted pursuant to the Order Appointing Receiver (pg 13).  Please advise in writing within 10 days if you have any objections per the terms of the Order.

Thank you,


Michael G. Latiff
Member

T: 248.220.1351
M: 248.881.2119
F: 248.646.5075
mlatiff@mcdonaldhopkins.com<mailto:mlatiff@mcdonaldhopkins.com>
https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.mcdonaldhopkins.com%2F&data=05%7C02%7Ccara.houck%40hklaw.com%7C0b21fac7ab614373572c08dc44657279%7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638460449708863946%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=soY7B%2F69FOvgWfQob2QonV8zd8sJwJlynkl1ywlKGGU%3D&reserved=0<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.mcdonaldhopkins.com%2F&data=05%7C02%7Ccara.houck%40hklaw.com%7C0b21fac7ab614373572c08dc44657279%7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638460449708874586%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=BHQHANhviKS3xTDVXRxyd5yY9%2B3F9dhWg6nPbYLNUiQ%3D&reserved=0>

39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304

<https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmcdonaldhopkins.com%2F&data=05%7C02%7Ccara.houck%40hklaw.com%7C0b21fac7ab614373572c08dc44657279%7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638460449708879065%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C0%7C%7C%7C&sdata=Ph6DmMJZQuig%2FfqDfy68y3tqcB1xITr0J8leyn%2F6NNw%3D&reserved=0>

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

[WARNING] This email originated outside of McDonald Hopkins.
Do not click links or open attachments unless you recognize the sender and know the content is safe. Do not provide your user ID or password!