UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK, NA,

          Plaintiff,

Case No. 2:24-cv-10241

HONORABLE STEPHEN J. MURPHY, III

v.

MICH TROY TECHNOLOGY LLC,

          Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated June 10, 2024, default judgment is **ENTERED** in favor of Plaintiff.

**IT IS FURTHER ORDERED** that the Order granting the Injunction for the Appointment of a Receiver [7] is **EXTENDED** until Plaintiff forecloses the property and the required six-month redemption period expires, or until the Court discharges the receiver. **IT IS FURTHER ORDERED** that discharge of the receiver shall require a Court order after a properly noticed motion approving the receiver's Final Report and Account, as noted in the Court's Order Appointing the Receiver [7]. **IT IS FURTHER ORDERED** that the receiver shall not take any action that impedes or

1

2

interferes with Plaintiff's foreclosure process.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                      BY: s/ R. Loury

Dated: June 10, 2024


APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE